**FILED**

Jul 21 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

      v.

DANIEL LEE RIPPY,

          Defendant.

Case No. 4:22-mj-70896-MAG-1  (DMR)

Charging District's Case No.

2:19-cr-00211-ALM

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear on August 5, 2022 at 12:00 p.m. EST (9:00 a.m. PT) in the Southern District of Ohio, Columbus before Chief Judge Algenon L. Marbley for Final Supervised Release Revocation Hearing by Videoconference (GoToMeeting).

The defendant may need an interpreter for this language: No Interpreter needed.

The defendant:        ( ) will retain an attorney.

                       (X) is represented by Federal Public Defender Soumyajit Dutta.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:**  The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated:  July 21, 2022

_____

DONNA M. RYU
United States Magistrate Judge

United States District Court
Northern District of California